p.s. i have a copy of this 1983 for myself, thats dated 7-2-2023, Dear clerk of court for the eastern district of wis. i ask that you file this 1983 with the courts very soon, as i'm filing this action under the imminent danger of serious physical injury.

# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Michael, scott

v. disability determination bureau as a whole, governmental entity

(Full name of defendant(s))

John in Jane does until known

disability determination bureau.

P.o. box 7806

Madison, Wisconsin 53707

Case Number: 23-C-0895
(to be supplied by Clerk of Court)

CLERK USDC EDWI FILED 2023 JUL -6 P 1:35

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
M/S/d/f. 1015 nth. 10th st. Mil, wis. 53203
(State)

(Address of prison or jail)

2. Defendant unknown
(Name)
is (if a person or private corporation) a citizen of unknown
(State, if known)
and (if a person) resides at address above
(Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

This complaint is based on a Jail visit that was on 10-14-2022, as the visit was set for 10-7-2022, and got cancelled until 10-14-2022, and i was seen by a Phd. John Juern at, room 202 WI75N11163 stonewood dr. germantown, Wi. 53022. he did some mental health exam testing on my concentration, comphrehention, in other kinds of test as he was also documenting it, then he start documenting my foot basin, glasses, in medical care health shoes i had on, as i also told him that i'm taking migraine pills for my head aches, in that i take a pill for my eye injury, then informed him that all those injuries are life threaten for the rest of my life, so he also documented that, in when i asked him who cancelled the visit for 10-7-2022 at 9:30 a.m. he said he did'nt know, and that he was told to come see me today, anyhow, Phd. Juern was notified by the disability determination bureau pobox box 7806 madison, wisconsin. 53707, so on 10-10-2022, i wrote to the bureau in

Complaint – 2

more "info" to submit with my claims of s.s.i. and s.s.d, and heres a copy of that letter dated 10-10-2022, and heres another 2 page copy of a letter i sent to them on 10-13-2022, as i did'nt get a respond back eighter letter as i'm still waiting on those two responses, and in the letter dated 10-13-2022, i made them aware on 10-6-2022 the social worker told me on 10-11-2022 when she spoke to me, that she was the one who got on my inercom saying the visit has changed to 10-14-2022, and heres a patient information form dated about the order of my medical shoes, and heres a history and physical report form dated 3-1-23 that shows my assessment/plan, about my foot callus in fungal nails, in foot soaks, to medications used for my foot injurys, with start in stop dates of 9-6-2022, 8-22-2022, 9-9-2022, in 12-8-2022, and heres a appointment notice, 2 pages 3 in 4, dated 9-26-2022 with both case #s. of 502443I and 000010426O, from the bureau, in forming me of the visit from Juern on 10-7-2022 at 9:30 a.m. for a mental status exam. And on page 4 where it saids what to bring, i also brung my stone soap, in foot cream with my basin, glasses in medical shoes, also on that first physical report form, about my foot injurys, it states his advanced callus to the bilateral feet, there is onychomycoses to most digits on the right foot, all nails were clipped during exam. A few loose callus area also clipped. And heres another front or back physical sheet also dated 3-1-2023, that mentions my glasses, where it says review...

of systems, then it has my migraine head ache pain pills called, acetaminophen 325 mg. oral tablets range dose, 1 to 2 tablets oral, BID (am/hs) sc, prn. then it displays my ocuvite eye vitamin/mineral adult 50+ with lutein, zexanthin and omega 3, 1 cap, oral, daily-sc, and thats listed under medications, current. then under previous incarcerations its speaking about my foot injuries again saying, #1 foot callus: onset few years or greater. the patient reports emollient such as eucerin and aquaphor have not been helpful. Hes had debridement with a blade during previous incarceration, he does perform regular foot soaks. he questions soft tissues from comfort, he's had these previous ordered, he requests nail care today. and heres a copy of a h/s/u. slip dated 5-25-2023 from me, and a respond back from them dated 5-27-2023, for a renew order of my acetaminophen prescription pills, scheduling me a appt. and i feel by the bureau not responding to my letters, in not telling me why was visit cancelled what for, in who did it, probably got my claims terminated, or i could've got approved, plus i dont know if they have gotten this same history of mental illness in physical danger injurys i put in the letters, in told phd. Juern about, in at this moment your courthouse, so Judge whoever are gonna be assigned to this case, i ask that you let me proceed to file in forma paupuris for not having the filing fee money, and also let me proceed for being in imminent danger for all the injurys thats affecting me everyday with pain. and also let me file this claim as well, under the imminent danger clause, because i have all ready got 3 strikes, from civil actions i filed years ago when i was locked up in prison, and also could you appoint me councel, and another thing i need the bureau to make me aware of, did my claims start from the year 2008, because when i went to the social security building last year in June or July 2022, the lady that did the filing for me, said since i been locked up for 14 years straight, shes gonna start me from the time, i got locked up in 2008 to the year of 2022, in when get approved your benefits will start from 08, and i dont know how true that is, as i was told that by her at the building on 3rd. in wisconsin in milwaukee, and now i will state what i seek for the courts to do, to resolve this issue on page 4.

C.  JURISDICTION

- [x] I am suing for a violation of federal law under 28 U.S.C. § 1331.

    OR

- [x] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ various amounts.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I will let the Judge decide if any amendments were violated in this complaint to get award compensation or same filing i already have, or maybe get to file again on my claims while in prison as i got 2 years left

Complaint – 4

P.S. i have a hand written copy of this request for myself.

10-10-2022

Dear:, d/o/m/h, d.d.b. p.o. box 7806 madison, wis. 53707
from, michael, scott 173636 R/h/u. 5B-13 1015 n th. 10 th. st. milwaukee/secure/detention/facility, milwaukee, wis. 53203

At i write you for my s.s.i. in s.s.d. claim, case # id. 5024431, i did'nt get seen by a phd on 10-7-2022 at 9:30 am. so when will i be seen by someone, and heres some information about my s.s.d. in s.s.i. claims that my parole agent ramel bly, and your department should get from me, i been in e.d. classes all my life, in school, also i cant drive a car, or work a job, because of my learning disabilitys, i was born with, i try'd to work in the past, but always got fired within 3 weeks, i been locked up for 14 years, from 2008 to 2022, got out on 6-21-2022, in back in jail on 7-21-2022, 30 days later, while living in a transitional living placement, in for that 30 days i was free, i could'nt relate to people that well due to, i have'nt been in society for all those years, then i could'nt be at a good address after i got done living at the t/l/p. plus i was so behind in technology, that my slow learning illness, stopped me from working

back side

a i in android phone, so me in my parole agent had contacted the divisional behavior bureau to get me a flip phone, a bus card and a housing arrangement, before my 60 days was up at the t/l/p., and i was assigned to a case worker named mary tompter, and when i called her, her answering machine was on, and 2 days later i had got locked up, so do contact her, in let her know that i still need her to be my case worker.

P.S. i have a hand hand written copy of this request request for myself.

P. 1

10-13-2022

from, michael, scott 173636 R/h/u. 5B-13
milwaukee/ secure/ detention/ facility.
1015 N.th. 10th. st. milwaukee, wisconsin 53203

to, state of wisconsin, dept. of health services.
division of medicaid services. division of determination
bureau. p.o. box 7806. madison, wisconsin 53707

Dear:, d.d.b. i now send you another letter consisting of my 2 of s.s.i. in s.s.d. income, as i sent you a letter on 10-10-2022, for case #s. id. 5024431 and vendor # 000010 4260, but i forgot to put the vendor # down, anyhow, my social worker here spoke with me on 10-11-2022, she told me that she was the one who had got on my speaker in my cell, informing me on 10-6-2022, that my date of 10-7-2022 to see the phd. for my mental health exam has been changed to 10-14-2022, and when i asked her what time it was set for, she said she did'nt know, and tomorrow will be the 14th. and if the doctor come to see me, i will go to that appt. and also sense these are claims of mental health and s.s.d., let me give you the claims or why i'm unable to work, in a few more issues about it, that my parole agent james ilg, could'nt show your dept., back side

on the letters in forms dated to your dept. on 7-13-2022, in 7-29-2022, in 8-4-2022, and bly had said on page 3, my disability does not limit my disability to work, which is false, on page 4, he states i was looking for services to help me out, which is true, but on question 13, he said he have no idea, if my disability stops me from what i cant do now, in yes it does, on page 8., bly states, that i always make threats to people and room mates, which is false, as a misunderstanding took place at a t/l/p. i was living at with another inmate that turned out doing weird things, got a checker for the t/l/p. involved, and both of them lied, by saying that i threaten in did physical harm to them, then bly said i can only pay attention for 20 to 30 minutes, and i think it various on what kind of topics it be, bly also saids, he did'nt supervise me long enough to, to judge me on, if i can follow written and spoken instructions, and my answer on both them questions is not that well, then on section d. "info" about abilities, he gives no comment, in coming from me, my illnesses in injuries in conditions affects my seeing, my understanding, following instructions, concentration, walking, and memory, due to i have memory loses, and the bottom of my feets are damaged with severe callus injurys thats also fungal damage in my toes that been having my feet in pain since 2019, as i'm using a callus stone soap in a foot basin for that pain in injury, that was prescribed to me on 9-6-2022, from a medical doctor here, i also have a injury in my lefteye, as i was born with a weak lefteye altery, and i have on prescription glasses that the eye doctor here ordered for me on the next month ago

p. 2

of september, in i got them on, 10-4-2022, and those glasses are for to treat the pain in the blood shots that be coming in leaving my ditability in my left eye, and i'm taking a eye pill medication here daily to keep my vision in my eye, to calm down the blood shots in pain as well, i also been giving a pair of medical health care shoes from the doctor in health services here, to wear on my feet to ease the pain, in secure further damages that the callutes in toes fungal i"ll be living with for the rest of my life, and my last injury is, that i been having migraine headaches for the last five years of my prison time i did, before i got out from doing oct. 2008 to 6-21-2022, and my prescription on the tynol pills was still active for me to take, when i came to m.s.d.f. on 7-21-2022.

# State of Wisconsin
# Department of Corrections

## Patient Information

**MRN:** 000173636

| | | | |
|---|---|---|---|
| Name: | SCOTT, MICHAEL G | FIN: | 202207211438173636 |
| Location: | MSDF 5N5B | Admit Date: | 07/21/22 |
| Room: | 5B21 _L | Attending MD: | Tapio, APNP, Nathan |
| Date of Birth: | 04/30/69 | E-Signed By: | |
| Age: | 53 Years | LOS: | 226 Days |
| Sex: | Male | | |
| Height: | | | |
| Weight: | | | |

Admitting Diagnosis:
Allergies: **No Known Medication Allergies**

## Ordering Information                                Order Action: **Order**

**Order: MEDICAL SHOES**

| | |
|---|---|
| Requested Start Date/Time: | 03/03/23 13:41:00 CST |
| Duration: | 90 |
| Duration Unit: | days |
| Stop Date/Time: | 06/01/23 14:40:00 CDT |
| Constant order: | Constant order |
| Shoes: | Medical |

Order ID: 1263156423

**Comments:** Size 12

Ordered By: Rodriguez, RN, Amerfi Y
Order Date/Time: 03/03/23 CST
Communication Type: Verbal with Read Back

## History and Physical Reports

Denies Fracture history
Varicella?  Yes
COVID-19 NO Symptoms NO Vaccine NO

Occupation: Denies	Physically
demanding Yes  Restrictions:
Exercise:

### Physical Exam

Vitals & Measurements
T: 36.0 °C (Temporal Artery)  HR: 78 (Peripheral)  BP: 145/93  SpO2: 99%
WT: 87.1 kg

**GENERAL:** Well developed, well nourished, in no acute distress.
**SKIN:** No rashes, ulcerations or petechiae. His advanced callus to the bilateral feet. There is onychomycoses to most digits on the right foot. All nails were clipped during exam. A few loose callus areas also clipped. Minimal raised acneiform rash to anterior chest. Minimal scattered post inflammatory hyperpigmented lesions to LUE and back.
**HEENT:** Sclerae were anicteric and conjunctivae were pink and moist. Extraocular movements were intact and pupils were equal, round, and reactive to light with normal accommodation. Baseline OS extropia. External inspection of the ears and nose showed no scars, lesions, or masses. TMs clear bilaterally, EAC without erythema. Lips, teeth, and gums showed normal mucosa. The oral mucosa normal.
**NECK:** Supple and symmetric. There was no thyroid enlargement, and no tenderness, or masses were felt.
**LUNGS:** Clear to auscultation, respirations non-labored
**CARDIOVASCULAR:** Regular rate and rhythm without any murmurs, gallops, rubs. The carotid pulses were normal and 2+ bilaterally without bruits. Peripheral pulses were 2+ and symmetric.
**ABDOMEN:** Soft and nontender with normal bowel sounds. Negative Murphy sign. No organomegaly. There were no inguinal or umbilical hernias noted.
**GU:** No CVA tenderness appreciated
**RECTAL:** Deferred
**LYMPH NODES:** No lymphadenopathy was appreciated in the neck or axillae
**MUSCULOSKELETAL:** Gait was normal. There was no tenderness or effusions noted. 5/5 strength bilateral upper extremities/bilateral lower extremities.
**EXTREMITIES:** No cyanosis, clubbing or edema.
**NEUROLOGIC:** Alert and oriented x 3. Normal affect. Normal deep tendon reflexes with no pathological reflexes. Sensation to touch was normal.

### Assessment/Plan

1. Foot callus
  Suggest foot soaks, debridement and emollient
  May use emollient on fungal nails to soften, avoid interdigital areas
Ordered:
pumice stone, 1 EA, Topical, Form: Misc, Daily - KOP, PRN callus, First Dose: 09/06/22 15:07:00 CDT, Stop Date: 08/22/23 7:29:00 CDT, Next Dispense Date: 09/06/22
urea topical, 1 app, Topical, Form: Cream, BID (AM/HS) - KOP for 90 days, First Dose: 09/09/22 7:30:00 CDT, Stop Date: 12/08/22 7:29:00 CST, Next Dispense Date: 09/06/22

2. Skin irritation
  Topical steroid PRN affected areas
  Resume ketoconazole shampoo, no seborrhea noted today
Ordered:
hydrocortisone topical, 1 app, Topical, Form: Cream, Daily - KOP, PRN rash, First Dose: 09/06/22 15:07:00 CDT, Stop Date: 12/05/22 7:29:00 CST, Next Dispense Date: 09/06/22

Tony Evers
Governor

Karen E. Timberlake
Secretary



**State of Wisconsin
Department of Health Services**

DIVISION OF MEDICAID SERVICES

DISABILITY DETERMINATION BUREAU
P.O. BOX 7886
MADISON WI 53707-7886

Telephone: (608) 266-1565
Fax: (608) 266-8297
TTY: 711

Date: September 26, 2022
Case ID: 5024431
Vendor Number: 0000104260

MICHAEL GREGORY SCOTT
MILWAUKEE SECURE DETEN
PO BOX 05911
DOC #00173636
MILWAUKEE WI 53205

## APPOINTMENT NOTICE

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. We will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| JOHN JUERN PHD<br>ROOM 202<br>W175 N11163 STONEWOOD DRIVE<br>GERMANTOWN, WI 53022<br>(262) 251-7731 | Friday<br>October 7th, 2022<br>09:30 AM Central Daylight Time | Mental Status Exam, Adult |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

**Special Instructions:**

- Please allow at least ONE hour for this appointment.

- Please be prepared to wear a mask at your exam. The provider may take your temperature and ask if you have any COVID-19 related symptoms. Do not attend your exam if you have a fever or are experiencing any COVID-19 related symptoms. Please come into the provider's office alone as additional parties are not allowed.

***

THIS IS A JAIL VISIT:
The doctor will be coming to MILWAUKEE SECURE DETENTION on the above date and time to perform this examination. If you are released from this facility, or have any questions about this appointment, you must contact AMY at 800 422 5460 immediately.

***

PLEASE report 15 minutes before your appointment.

DIRECTIONS: THE OFFICE IS LOCATED IN THE STONEWOOD OFFICE PARK BLDG RIGHT ON THE

5024431/ Assigned PBGd CE/ DCPS // OMB No. 0960-0555 / 98022174

CORNER OF MEQUON AND STONEWOOD RD OFFICE #202.

If you need help with directions to this clinic, please call Dr Juern at 262-251-7731.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

### If This Is An In-Person Appointment

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a decision based on the evidence in the file, which may result in a finding that you are not disabled

### If This Is A Video Appointment

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination may delay but will not otherwise negatively affect our decision on your claim. If you ask to reschedule, we will hold your claim until we can reschedule the examination in-person, or using video technology you agree to, or until we receive adequate evidence to make a decision.

### What To Bring To The Appointment

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

### What You Should Do Next

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by October 6, 2022. You may also fax your response form to (800) 423-1939.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

### If You Need An Interpreter

We provide a free interpreter to conduct your business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

The Department of Health Services is an equal opportunity service provider. If you need a sign language interpreter, assistance in your own language, or materials in an alternate format, please call the contact listed below.

### If You Want A Copy Of The Report(s) Sent To A Healthcare Provider

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (800) 423-1939.

### If You Miss A Scheduled Appointment

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

### If You Have Any Questions

If you have any questions about this letter or need to contact us about the appointment, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 5024431, your name, and a call back number.

5024431/ Assigned PBGd CE/ DCPS / / OMB No. 0960-0555 / 98022174

## History and Physical Reports

Document Type:                    History and Physical
Service Date/Time:                9/6/2022 14:29 CDT
Result Status:                    Auth (Verified)
Document Subject:                 Intake H & P
Sign Information:                 Tapio,APNP,Nathan (9/6/2022 15:13 CDT)

### Chief Complaint
Intake Physical

### History of Present Illness
53 year old African American male seen for intake physical. Patient reports serving VOP hold

Previous incarcerations? Yes June 2022

Centers exam room escorted by security staff secondary to housing in restrictive housing apartment. He references 9 years recent incarceration and being released to the community in June 2022. He has several somatic complaints and requests several "restrictions."

#1: Foot callus: Onset few years or greater. The patient reports emollient such as Eucerin and Aquaphor have not been helpful. He's had debridement with a blade during previous incarceration. He does perform regular foot soaks. He questions some soft tissues for comfort. He's had these previously ordered. He requests nail care today.

#2: Weight concerns: The patient reports being on a "snack bag" during previous incarceration. His weight in March 2020 was 154 pounds. They he weighs 192 pounds The patient is 20 pounds heavier today. His intake weight was 205 pounds. He denies thyroid disease, HIV or diabetes.

#3: Skin irritation: The patient requests hydrocortisone cream secondary to skin pruritus and a rash to the anterior chest. He reports triamcinolone has not been helpful.

The patient hands me a written letter of just under 2 pages regarding several concerns.

Request dental cleaning as well as visual exam on the letter.

He requests shampoo for dandruff, ketoconazole's currently ordered.

Patient apparently spent most of his time incarceration restrictive housing. He does not offer specific reason. Per notes the patient exposed himself to correctional staff. He has been minimally compliant with PSU staff.

### Review of Systems
Glasses    Yes, Dentures _ No
Denies Hearing loss, Vision complaints, Allergic Rhinitis
Denies Asthma, COPD, Emphysema, SOB
Denies MI/CVA, Chest Pain, Hypertension/Hyperlipidemia
Denies DVT/PE, Bleeding/Ecchymosis; Cancer hx
Denies Diabetes, Thyroid history
Denies GERD, PUD, Nausea/Vomiting/Diarrhea/Constipation
Denies Liver history/Hepatitis, Chronic renal disease/Nephrolithiasis
Denies Bladder/Bowel dysfunction, Hematuria/Hematochezia/Melena
Colonoscopy?    No
Denies TBI, Seizure, CVA, Paralysis, Chronic headaches
Denies HIV, Syphilis, Gonorrhea/Chlamydia, urethra discharge, rashes, lesion

### Problem List/Past Medical History
Ongoing
  Chronic eczema
  Foot callus
  Skin irritation
Historical
  No qualifying data

### Medications
Current
  acetaminophen 325 mg oral tablet range dose, 1 to 2 Tablets, Oral, BID (AM/HS) - SC, PRN
  ketoconazole 2% topical shampoo, 1 app, Topical, MonWedFri - KOP
  Ocuvite Eye Vitamin/Mineral Adult 50+ with Lutein,Zeaxanthin and Omega 3, 1 cap, Oral, Daily - SC
  triamcinolone 0.025% topical cream, 1 app, Topical, BID (AM/HS) - KOP

### Allergies
No Known Medication Allergies

### Social History
Alcohol
  None
Substance Use
  None
Tobacco
  Smoking tobacco use: Former smoker, quit upon incarceration.

### Family History
Denies

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

*P.S. i have a hand written copy of this request for myself.*

→ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ←

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Michael | Scott | 173636 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| M/S/d/F. | R/h/u. 5B-21 | 5-25-2023 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE** ▶ *michael, Scott*

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☑ No
AUTHORIZED STAFF SIGNATURE _____   DATE OF SERVICE _____

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☑ INFORMATION
☑ OTHER: *fax this new order request to Dr. tapio.*

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

*Dear: H/S/u, after you get this request, fax it to Dr. tapio, so he can renew my order of migraine head ache pills cause my head aches are coming back, and the pills are called oral tablet 325 mg. acetaminophen, at the time they were renewed,*

DATE RECEIVED: TO BE STAMPED BY HSU

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☑ Nursing Sick Call: ☐ Today ☑ Date (if not today): 5-27-2023
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:   ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):   ☐ Other:

**COMMENT / INFORMATION**
WE CAN'T RENEW YOUR ACETAMINOPHEN PRESCRIBED BEFORE UNLESS YOU AGREE TO COME TO HSU FOR AN RE-ASSESSMENT. WE WILL SCHEDULE YOU.

PRINT STAFF NAME _____   DATE OF HSU RESPONSE _____

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES   ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this  7th.  day of  July  20 23 .

Respectfully Submitted,

*Michael, Scott*
Signature of Plaintiff

173636
Plaintiff's Prisoner ID Number

M/S/d/f
1015 nth. 10th. St. Mil, Wis. 53203
(Mailing Address of Plaintiff)


**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.