# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MICHAEL G. SCOTT,

                Plaintiff,

v.

JOHN/JANE DOES,

                Defendants.

Case No. 23-CV-895-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

September 12, 2023
Date